AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Patrick J Bergin<br><br>*Plaintiff*<br>v.<br>Western States Insulators and Allied Workers' Pension Plan<br><br>*Defendant* | Civil Action No. 2:14-cv-00408-SMJ |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion for Summary Judgment, ECF No. 25, is GRANTED.
Plaintiff's Motion for Summary Judgment, ECF 31, is DENIED.
Plaintiff's Motion to Strike, ECF 34, is DENIED as moot.
Judgment in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. on Defendant's motion for Summary Judgment, ECF 25; Plaintiff's Motion for Summary Judgment, ECF 31; and Plaintiff's Motion to Strike, ECF 34.

Date: 06/29/2016

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler